PER CURIAM.
Affirmed. Angora Enters. v. Cole, 439 So.2d 832, 835 (Fla.1983), cert. denied, 466 U.S. 927, 104 S.Ct. 1710, 80 L.Ed.2d 183 (1984); Hartford Fire Ins. Co. v. Hollis, 58 Fla. 268, 50 So. 985 (1909); City Contract Bus Serv. v. Woody, 515 So.2d 1354 (Fla. 1st DCA 1987); Wagner v. Nottingham *42 Assoc., 464 So.2d 166 (Fla. 3d DCA), rev. denied, 475 So.2d 696 (Fla.1985); Somatra Lines, Ltd. v. Rayne Int'l, Inc., 419 So.2d 803 (Fla. 3d DCA 1982).